

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-13-00119-CV

**IN THE INTEREST OF A.E.**, a Child

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2012EM504169
Honorable Jim Rausch, Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
             Karen Angelini, Justice
             Sandee Bryan Marion, Justice

Delivered and Filed:  April 3, 2013

DISMISSED FOR WANT OF PROSECUTION

On February 21, 2013, the trial court clerk filed a notification of late record stating that the clerk's record had not been filed in this appeal because appellant had failed to pay or make arrangements to pay the clerk's fee for preparing the record and that appellant is not entitled to appeal without paying the fee.  Appellant was ordered to provide written proof to this court by February 13, 2013, that either (1) the clerk's fee had been paid or arrangements had been made to pay the clerk's fee; or (2) appellant is entitled to appeal without paying the clerk's fee.  This court's order cautioned that if appellant failed to respond within the time provided, this appeal would be dismissed for want of prosecution.  *See* TEX. R. APP. P. 37.3(b).

Appellant did not respond to this court's order. Accordingly, appellant's appeal is dismissed for want of prosecution. TEX. R. APP. P. 37.3(b). Costs of the appeal are taxed against appellant.

PER CURIAM